FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN FELIPE RENTERIA <br><br> Defendant. | CASE NO. 12-552M <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143 (a)] |

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  S.D. Cal.  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  Alleged failures to appear

1
2 _____
3 _____
4     and/or
5  B.  (X)    The defendant has not met his/her burden of establishing by clear and
6     convincing evidence that he/she is not likely to pose a danger to the safety of
7     any other person or the community if released under 18 U.S.C. § 3142(b) or
8     (c).  This finding is based on _____
9     _____ PMn revocation _____
10 _____
11 _____
12 _____
13
14     IT IS THEREFORE ORDERED that the defendant be detained pending
15     further revocation proceedings.
16
17
18  Dated: 3/6/12
19
20
21                                 _____
22                                 MICHAEL R. WILNER
                                   UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28